UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DESHUR EARLY,

    Plaintiff,

v.                                                                             4:23cv453–WS/MAF

STUBBS ROOFING COMPANY,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 25) docketed April 15, 2024. The magistrate judge recommends that Defendant's motion to dismiss (ECF No. 4) be denied. No objections to the report and recommendation have been filed.

The undersigned has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 25) is

ADOPTED and incorporated by reference into this order.

    2. Defendant's motion to dismiss (ECF No. 4) is DENIED.

    3. The clerk shall return the case to the magistrate judge for further proceedings.

    DONE AND ORDERED this __22nd__ day of __May__, 2024.

    s/ William Stafford  
    WILLIAM STAFFORD  
    SENIOR UNITED STATES DISTRICT JUDGE